**Dismissed and Memorandum Opinion filed April 24, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00019-CV

_____

## QUINCY DOUGLASS SMITH, SR., Appellant

## V.

## CAROL A. SMITH, Appellee

**On Appeal from the 310th District Court
Harris County, Texas
Trial Court Cause No. 2011-37802**

## M E M O R A N D U M   O P I N I O N

According to information provided to this court, this appeal is from a final decree of divorce signed January 6, 2012.   No clerk's record has been filed.   The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On March 23, 2012, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days,

appellant paid or made arrangements to pay for the record and provided this court with proof of payment.  *See* Tex. R. App. P. 37.3(b).   Appellant filed no response.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Seymore and Brown.